# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BOBBY DARRYL BRACKNELL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO.: 2:21-cv-448 |
| INTERNATIONAL PAPER COMPANY; SEDGWICK CLAIMS MANAGEMENT, INC.; DANA PRESSLEY; TOMIKA OWENS; et al., | ) ) ) ) ) | |
| Defendants. | ) ) | |

STATE OF ALABAMA )
)
COUNTY OF DALLAS )

## AFFIDAVIT OF MATTHEW BURKHART

Before me, the undersigned authority, personally came and appeared Matthew Burkhart, who, after being duly sworn, deposes and says as follows:

1. My name is Matthew Burkhart. I am over twenty-one (21) years of age and competent to make this affidavit. I am currently employed as Controller with International Paper Company ("IP") at the Riverdale Mill in Selma, Alabama. This affidavit is based on my personal knowledge, information collected from other IP

employees as part of IP's investigation into this claim, and IP's business records. I understand this affidavit may be used in connection with the above-captioned action.

2. Since the onset of the COVID-19 pandemic, IP has followed certain protocols related to the delivery of its mail at the Riverdale Mill. The standard protocol is as follows:

   a. The U.S. Postal Service ("USPS") delivers all mail, including certified mail, to the security gate at the front of the Riverdale Mill. IP's third-party security contractor receives the mail from USPS.

   b. If in the event certified mail is delivered, the third-party security contractor then notifies IP's Finance Department that the mail was delivered and someone from the Finance Department picks up the mail that was left at the security gate.

3. USPS does not require a signature for certified mail deliveries to IP. Instead, the postal carrier has the third-party security contractor call the Finance Department and the postal carrier asks to sign the return receipt on behalf of the Finance Department.

4. In following the standard protocol, USPS delivered the Summons and Complaint addressed to "Tomika Owens International Paper Co. 601 Co Rd 78, Selma, AL 36703" to the third-party security contractor at Riverdale Mill's security gate.

5. The address listed on the Summons is the address for the Riverdale Mill.

6. The postal carrier signed the service return for the certified mail addressed to Ms. Owens.

7. The Finance Department picked up the mail from the security gate and placed the Summons and Complaint in the Health Services mailbox located in the Riverdale Mill's mail room. A designated, yet unknown, individual from the Health Services Department retrieved the mail from the mail room and transported it to the Health Services Department.

8. The Summons and Complaint was not delivered directly to Ms. Owens or anyone that she designated as her agent for receipt of service.

9. FURTHER AFFIANT SAYETH NOT.

_____

Subscribed to and sworn before me on this
the 11th day of October, 2021.

_____
Notary Public

My Commission Expires: 8/24/2025

My Commission Expires 08-24-2025

3