# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| BOBBY DARRYL BRACKNELL,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   CIVIL ACTION NO. 2:21-00448-KD-N |
| | ) |
| INTERNATIONAL PAPER<br>COMPANY, *et al.*,<br>    Defendants. | )<br>)<br>)<br>) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 17) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated April 18, 2022, is **ADOPTED** as the opinion of this Court.

Plaintiff's construed motion to deny leave to amend the notice of removal, to remand this action under 28 U.S.C. § 1447(c), and to award costs and expenses related to same (doc. 10), is **GRANTED** as to the requests to deny leave to amend and to remand and **DENIED** as to the request to award costs and expenses. Defendants' motion for leave to file an amended notice of removal (doc. 8) is **DENIED.**

Accordingly, this action is **REMANDED** to the Circuit Court of Perry County, Alabama, under § 1447(c), for lack of subject-matter jurisdiction.

DONE and ORDERED this 16th day of May 2022.

> s/ Kristi K. DuBose
> KRISTI K. DuBOSE
> UNITED STATES DISTRICT JUDGE